

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Eric Samuel Tucker v. The State of Texas

Appellate case number:     01-15-00274-CR

Trial court case number:    1428697

Trial court:                  184th District Court of Harris County

Appellant, Eric Samuel Tucker, acting *pro se*, has filed (1) a "Motion for Forensic DNA Testing and (or) Report Review," and (4) a "Motion for New Trial." We dismiss the motions.

The trial court found appellant guilty of the felony offense of aggravated assault-family member, serious bodily injury, and assessed punishment at confinement for thirty years. *See* TEX. PENAL CODE ANN. § 22.02 (Vernon 2011). On the day appellant was sentenced, the trial court appointed Cheri Duncan, Harris County Public Defender's Office, to represent appellant on appeal. Counsel has filed a brief on appellant's behalf. Appellant is not entitled to hybrid representation, i.e., "representation partly by counsel and partly by self." *Robinson v. State*, 240 S.W.2d 919, 920 (Tex. Crim. App. 2007); *see Scheanette v. State*, 144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004). Because appellant is represented by counsel and not entitled to hybrid representation, we dismiss the motions.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                              ⊠  Acting individually

Date:  October 27, 2015